AO 450 Judgment in a Civil Case

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Henry Zimmeth

V.

Robert J. Hernandez

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05CV1695-JAH(RBB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's objections are overruled. The Magistrate Judge's report and recommendation are adopted. The Petition for Writ of Habeas Corpus is denied. Petitioner's motion for prompt disposition of petition and renewed motion for appointment of counsel are denied as moot.

|  |  |
|---|---|
| September 4, 2007 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | s/J. Petersen |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 4, 2007 |

05CV1695-JAH(RBB)